Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−17757−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Amy Nearine
  2504−B Yarmouth Lane
  Mount Laurel, NJ 08054

Social Security No.:
  xxx−xx−4998

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/1/18.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 1, 2018
JAN: cmf

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Amy Nearine  
    Debtor

Case No. 16-17757-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 | Date Rcvd: Oct 01, 2018 |
|---|---|---|---|
| | Form ID: 148 | Total Noticed: 17 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.

```
db           #+Amy Nearine,    2504-B Yarmouth Lane,    Mount Laurel, NJ 08054-6263
cr            +Commons at Laurel Creek Condominium Association, I,   c/o Stark & Stark,    PO Box 5315,
                Princeton, NJ 08543-5315,    UNITED STATES 08543-5315
516133019     Burlington County Endoscopy,    P.O. Box 415282,    Boston, MA 02241-5282
516133021    ++CONGRESS COLLECTION,    28552 ORCHARD LAKE RD,    STE 200,    FARMINGTON HILLS MI 48334-2954
              (address filed with court: Congress Collection Corp,    24901 Northwestern Hwy,    Suite 300,
                Southfield, MI 48075)
516133020     Commons at Laurel Creek Condominium Asso,    C/O Stark & Stark,    993 Lenox Drive,
               P.O. Box 5315,    Princeton, NJ 08543-5315
516195448     Commons at Laurel Creek Condominium Association, I,    c/o Stark & Stark,
               A Professional Corporation,    PO Box 5315,    Princeton, NJ 08543-5315
516133022    +Fed Loan Servicing,    P.O.BOX 69184,    Harrisburg, PA 17106-9184
516133025     Stoneleigh Recovery Associates, LLC,    P.O. Box 1479,    Lombard, IL 60148-8479
516239747     U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184
516133026     Virtua Medical Group PA,    P.O. Box 6028,    Bellmawr, NJ 08099-6028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:48     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 01:09:39     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516133018     EDI: GMACFS.COM Oct 02 2018 04:38:00      Ally,    Payment Processing Center,    P.O. Box 78234,
               Phoenix, AZ 85062-8234
516206228     EDI: GMACFS.COM Oct 02 2018 04:38:00      Ally Financial,    PO Box 130424,
               Roseville MN 55113-0004
516345775     E-mail/Text: camanagement@mtb.com Oct 02 2018 01:09:11      Bayview Loan Servicing, LLC,
               c/o M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
516133023    +EDI: IIC9.COM Oct 02 2018 04:38:00      IC Systems, Inc.,    444 Highway 96 East,
               Saint Paul, MN 55127-2557
516133024     E-mail/Text: camanagement@mtb.com Oct 02 2018 01:09:11      M&T Bank,    P.O. Box 62182,
               Baltimore, MD 21264-2182
                                                                                              TOTAL: 7
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
```
              Allyson Virginia Cofran    on behalf of Creditor    Commons at Laurel Creek Condominium Association,
               Inc acofran@stark-stark.com,    dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 01, 2018
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kevin C. Fayette    on behalf of Debtor Amy  Nearine kfayette@kevinfayette.com
          TOTAL: 5